**Philip S. JACKSON, Plaintiff– Appellant,**

v.

**CASIO PHONEMATE, INC., Asahi Corporation, and Casio Communications, Inc., Defendants–Appellees.**

**No. 01–1456.**

United States Court of Appeals, Federal Circuit.

April 10, 2002.

Rehearing En Banc Denied May 17, 2002.

Before NEWMAN, RADER, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36